**DENIED; Opinion Filed April 16, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00444-CV**

**IN RE MICHAEL LODISPOTO, Relator**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03660-2012**

**MEMORANDUM OPINION**

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends the trial judge erred in confining him to jail on a finding of contempt. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we **DENY** relator's petition for writ of habeas corpus and his motion for emergency stay. *See* TEX. R. APP. P. 52.8(a); *Ex parte Barnett*, 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130444F.P05